

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00318-CV

Jerry J. Trevino and The Law Offices of Jerry J. Trevino, P.C.
v.
Rene Rodriguez, Sandra Eastwood, and Patrick Beam

On appeal from the
County Court at Law No. 2 of Nueces County, Texas
Trial Cause No. 2018CCV-60994-2

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be set aside and the cause remanded to the trial court. The Court orders the trial court's judgment SET ASIDE without regard to the merits and the case REMANDED to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

June 6, 2019